UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MORGAN STANLEY SMITH BARNEY
LLC WAGE AND HOUR EMPLOYMENT
PRACTICES LITIGATION                                          MDL No. 2280

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On October 12, 2011, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 818 F.Supp.2d 1381 (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J Martini.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of October 12, 2011, and, with the consent of that court, assigned to the Honorable William J Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk
8/15/13

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MORGAN STANLEY SMITH BARNEY
LLC WAGE AND HOUR EMPLOYMENT
PRACTICES LITIGATION                                                   MDL No. 2280

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

PENNSYLVANIA EASTERN

| | | | |
|------|------|---------|--------------|
| PAE | 2 | 12-05892 | CASTOR v. MORGAN STANLEY SMITH BARNEY LLC et al |